## IN THE SUPREME COURT OF PENNSYLVANIA
### WESTERN DISTRICT

| | |
|---|---|
| LAWRENCE MADISON | : No. 73 WM 2019 |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| PENNSYLVANIA BOARD OF | : |
| PROBATION AND PAROLE | : |
| | : |
| | : |
| PETITION OF: JESSICA FISCUS | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of December, 2019, the Petition to Withdraw as Counsel is GRANTED. The Prothonotary is DIRECTED to continue processing Lawrence Madison's *pro se* Petition for Allowance of Appeal.